

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

ROGER EUGENE GRESHAM,

    Petitioner,

v.                                CIVIL ACTION NO.: CV205-243

JOSE M. VAZQUEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Gresham alleges that the remedy afforded by 28 U.S.C. § 2255 is inadequate or ineffective because it only provides a challenge to the constitutionality of a conviction, not a sentence. Gresham contends that he meets section 2255's savings clause and that he must be allowed to proceed in the district of his incarceration.

Despite his contention to the contrary, Gresham has not satisfied the savings clause of section 2255. Thus, Gresham is not entitled to proceed in this district pursuant to 28 U.S.C. § 2241. The Report and Recommendation of the Magistrate

AO 72A
(Rev. 8/82)

Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss (Doc. No. 4) is **GRANTED**. Gresham's petition for writ of habeas corpus (Doc. No. 1), filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 12 day of May, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)