IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 OCT 13 A 9 49
CLERK_____ OF GA.
SO. D___ OF GA.

ROGER EUGENE GRESHAM

VS.                                                                CV205-243

WARDEN JOSE M. VAZQUEZ

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 13th day of October, 2006.

_____
Judge, United States District Court
Southern District of Georgia